51 A.3d 116

IN THE MATTER OF ANTHONY J. LA RUSSO, AN ATTORNEY AT LAW (ATTORNEY NO. 230121969).

September 20, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–062, concluding that **ANTHONY J. LA RUS-SO** of **CALDWELL,** who was admitted to the bar of this State in 1969, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), and *RPC* 1.7(a)(2) (conflict of interest);

And the Court having determined from its review of the matter that a censure is the appropriate quantum of discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **ANTHONY J. LA RUSSO** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.